# Exhibit A

Victim: ██████████
USAO Number: 2022R01017
Court Docket Number: 23-CR-00305

To the honorable Judge,

I am writing this statement to express the damage that the defendant and this crime have had on myself, my family, my friends, my employers, and my entire life. This individual targeted me and my loved ones for 20 months from January 2022 to August 2023 with relentless forms of stalking, harassment, and abuse. Even AFTER this individual was arrested for the second time in May 2023, I STILL was receiving contact through phone calls from federal prison from this individual in August 2023.

My overall spirit still feels completely shattered because of the defendant's actions. I have never been or felt so dehumanized or disrespected by anyone in my entire life. I know that my brain went into a protection mode from the heinous actions that the defendant did to me. I never knew what the word stalking actually meant, until it was happening to me.

In January 2022, when the defendant was informed to completely leave me alone by law enforcement and instead, amplified his harassment and abuse to extreme levels, is when the physical effects in my body began to occur. I could not concentrate. I could not sleep. I could not eat. I lost a significant amount of weight in a short period of time. I barely could function on a day to day basis, which made it very difficult for me to work, engage in self care, or socialize. I was in a constant state of panic. I get chills in my body when I think about this time period, because it was so hard to live through.

When the defendant sent private photos of myself to my mother, brothers, employers, and friends, I felt extremely violated and depressed. The defendant began inviting strangers over for sex to my home and distributing my private photos without permission, and stealing my entire identity. I have flashbacks thinking of the continuous ringing of the doorbell in my apartment, as the defendant continued to invite people there to antagonize me. My heart would beat fast every single time. It was a complete violation of my privacy and my life. I could not live. I was afraid to even be in my own apartment. I was also afraid to go anywhere, as I felt that I was being watched 24/7. It was a very scary and terrible thing to go through and I never wish that upon anyone else in their life.

During this time, I was forced to relocate to live with my family for fear of the defendant following me to a new address. The harassment followed me to my family's

home, and began severely impacting my family's life too. This individual distributed mine and my family's address online, and sent approximately a total of 1000 different strangers to our home. The defendant would invite and send up to 10 strangers a day and have some of these strangers spy on myself and my family. Some of these strangers were invited and instructed by the defendant to break into our home. Due to this, my family and I dealt with many sleepless and scary nights, and time spent having to interact with law enforcement with every single person that showed up to our door.

Simultaneously, myself, my family, my friends and my employers received sexually explicit and threatening messages and photos from the defendant on almost a daily basis. These messages included threats of killing and raping my mother and physical threats of my two year old niece. I received messages with threats of sending ex-convicts and convicts to my home. Some individuals that showed up to my home were convicts. These actions truly made me fear for myself and my family's life.

My family and I myself had to take drastic measures to protect our physical safety, including installing a doorbell system with motion sensors, posting police ordered no-trespassing signs, and barricading our home. The situation escalated to the point where our community was disrupted daily, with police cars frequently stationed outside our home. Strangers also showed up to my neighbors home under the impression they were going to have sex. Despite working with multiple law enforcement agencies—including the Oak Park, Naperville, and Villa Park police departments, as well as the FBI—I continued to suffer under the unrelenting harassment.

I was severely financially impacted because of this crime. I lost one of my jobs in Naperville due to the defendant's harassment, and was also extremely harassed through my other jobs. Not only did I lose one of my jobs, but the time spent dealing with the abuse took away from my ability to be able to work during these 20 months. My physical, mental and emotional state made it almost impossible for me to work.

My car was admittedly damaged by the defendant on two different occasions. I was forced to obtain a new phone number as I would receive up to 100+ calls in one single day, which is not counting any other forms of contact. I was physically not able to use my phone to be in contact with my employer, my family, or law enforcement due to the amount of contact and harassment the individual was sending to me. I had to then obtain a new phone number just to be able to have a device to contact important people in my life, which was another financial loss that I took.

I believe that the defendant's end goal was to get me to end my life, and I truly felt as low as that point since the defendant first began his abuse towards me. There were

times when a stranger would show up to my home invited by the defendant and I, at the time, verbally stated actions of ending my life on the phone with law enforcement. I feel grateful that I was able to live through those 20 months and that I am still here. I was and still feel that I am in a constant state of depression and anxiety due to the individual's actions. I deal with intrusive and negative thoughts and flashbacks thinking back to these twenty months. I am grateful that I was able to receive trauma-based therapy during some of those twenty months, but I know It is vital for me to have continued trauma-based therapy to work through the aftermath and toll this crime has had on my mental state now. This is now something that I have to carry with me for the rest of my life. I hope that myself and my family can live our lives peacefully again, as how they were prior to this crime. I hope that I can continue to help other victims that have been affected by stalking, cyberstalking, harassment and sexual exploitation.

Given the defendant's past criminal history of committing the same crimes and harming other victims, I believe this individual needs to be sentenced to the maximum amount of time that the law allows. I am asking for a lifelong no contact order and/or order of protection from this individual. I am also asking for restitution for the physical, financial and emotional damages that this individual caused, and specifically, for future trauma and PTSD therapy to heal from this situation.

Thank you, your Honor, for allowing me to speak upon this matter and listening to my statement.

Sincerely,