# Exhibit B

## 2021 W-2 and EARNINGS SUMMARY — ADP

**Employee Reference Copy**
**W-2 Wage and Tax Statement 2021**
Copy C for employee's records. OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| d | Control number | 000006 K6/GVA |
| | Dept. | |
| | Corp. | A |
| | Employer use only | 1 |
| c | Employer's name, address, and ZIP code | [redacted] |
| | Batch # | 99518 |
| e/f | Employee's name, address, and ZIP code | [redacted] |
| b | Employer's FED ID number | [redacted] |
| a | Employee's SSA number | [redacted] |
| 1 | Wages, tips, other comp. | 15764.50 |
| 2 | Federal income tax withheld | 342.03 |
| 3 | Social security wages | 15764.50 |
| 4 | Social security tax withheld | 977.40 |
| 5 | Medicare wages and tips | 15764.50 |
| 6 | Medicare tax withheld | 228.59 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 12b | | |
| 14 | Other | |
| 12c | | |
| 12d | | |
| 13 | Stat emp. Ret. plan 3rd party sick pay | |
| 15 | State | IL |
| | Employer's state ID no. | [redacted] |
| 16 | State wages, tips, etc. | 15764.50 |
| 17 | State income tax | 780.34 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 15,764.50 | 15,764.50 | 15,764.50 | 15,764.50 |
| Reported W-2 Wages | 15,764.50 | 15,764.50 | 15,764.50 | 15,764.50 |

**2. Employee Name and Address.**

[redacted]

© 2021 ADP, Inc.

← Fold and Detach Here →

## 2022 W-2 and EARNINGS SUMMARY

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | | | |
| Reported W-2 Wages | 1,542.00 | 1,542.00 | 1,542.00 | 1,542.00 |

**2. Employee Name and Address.**

Batch #94896

© 2022 ADP, Inc.

---

### W-2 Wage and Tax Statement 2022

Copy C for employee's records.  OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| c | Employer's name, address, and ZIP code | |
| d | Control number | 000006  K6/GVA  Dept.  Corp.  Employer use only 1 |
| e/f | Employee's name, address, and ZIP code | |
| b | Employer's FED ID number | |
| a | Employee's SSA number | |
| 1 | Wages, tips, other comp. | 1542.00 |
| 2 | Federal income tax withheld | 8.29 |
| 3 | Social security wages | 1542.00 |
| 4 | Social security tax withheld | 95.60 |
| 5 | Medicare wages and tips | 1542.00 |
| 6 | Medicare tax withheld | 22.36 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a-d | See instructions for box 12 | |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | |
| 14 | Other | |
| 15 | State  Employer's state ID no. | IL  83-2085734  000 |
| 16 | State wages, tips, etc. | 1542.00 |
| 17 | State income tax | 76.32 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

### W-2 Federal Filing Copy 2022
Copy B to be filed with employee's Federal Income Tax Return.  OMB No. 1545-0008

### W-2 IL State Reference Copy 2022
OMB No. 1545-0008

### W-2 IL State Filing Copy 2022
Copy 2 to be filed with employee's State Income Tax Return.  OMB No. 1545-0008



# CALIBER - SANTA MONICA - LINCOLN

RESTORING THE RHYTHM OF YOUR LIFE
2107 Lincoln Boulevard, Santa Monica, CA 90405
Phone: (310) 452-3870
FAX: (310) 452-0140

Workfile ID: a9526b69
Federal ID: 33-0730794
Federal EPA: CAL000403348
State EPA: (2107 Lincoln),
BAR: CAL000419908
(2323 Li
CAL000403348
ARD299867

## Preliminary Estimate

Written By: Samuel Sosa

### Customer

Insured:
Type of Loss:
Point of Impact:

Policy #:
Date of Loss:

Claim #:
Days to Repair: 0

### Owner:

### Inspection Location:
CALIBER - SANTA MONICA - LINCOLN
2107 Lincoln Boulevard
Santa Monica, CA 90405
Repair Facility
(310) 452-3870 Business

Insurance Company:
CUSTOMER PAY

## VEHICLE

2010 TOYO Camry SE Automatic 4D SED 4-2.5L Gasoline EFI

VIN:
License
State:

Interior Color:
Exterior Color:
Production Date: 11/2009

Mileage In: 174,293
Mileage Out:
Condition: Poor

Vehicle Out:
Job #:

**TRANSMISSION**
Automatic Transmission

**POWER**
Overdrive
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Power Driver Seat

**DECOR**
Dual Mirrors
Tinted Glass
Console/Storage

**CONVENIENCE**
Overhead Console
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Message Center
Steering Wheel Touch Controls
Telescopic Wheel

**RADIO**
AM Radio

FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection

**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags

**SEATS**
Cloth Seats

Bucket Seats

**WHEELS**
Aluminum/Alloy Wheels

**PAINT**
Clear Coat Paint

**OTHER**
Fog Lamps
Traction Control
Stability Control
California Emissions
Power Trunk/Liftgate

**Customer:**

2010 TOYO Camry SE Automatic 4D SED 4-2.5L Gasoline EFI

## Preliminary Estimate

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | |
| 2 | | R&I | R&I bumper cover | | | | 1.4 | |
| 3 | **FRONT LAMPS** | | | | | | | |
| 4 | | R&I | RT R&I headlamp assy | | | | 0.3 | |
| 5 | **FENDER** | | | | | | | |
| 6 | * | Rpr | RT Fender | | | | 0.5 | 1.8 |
| 7 | | | Add for Clear Coat | | | | | 0.7 |
| 8 | **FRONT DOOR** | | | | | | | |
| 9 | * | Rpr | RT Outer panel | | | | 3.0 | 2.2 |
| 10 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 11 | | | Add for Clear Coat | | | | | 0.4 |
| 12 | | R&I | RT Belt molding | | | | 0.3 | |
| 13 | | R&I | RT R&I mirror | | | | 0.4 | |
| 14 | | R&I | RT R&I outside handle | | | | 0.3 | |
| 15 | | R&I | RT R&I trim panel | | | | 0.6 | |
| 16 | * | Rpr | LT Outer panel | | | | 3.0 | 2.2 |
| 17 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 18 | | | Add for Clear Coat | | | | | 0.4 |
| 19 | | R&I | LT Belt molding | | | | 0.3 | |
| 20 | | R&I | LT R&I mirror | | | | 0.4 | |
| 21 | | R&I | LT R&I outside handle | | | | 0.3 | |
| 22 | | R&I | LT R&I trim panel | | | | 0.6 | |
| 23 | **REAR DOOR** | | | | | | | |
| 24 | * | Rpr | RT Outer panel | | | | 3.0 | 2.2 |
| 25 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 26 | | | Add for Clear Coat | | | | | 0.4 |
| 27 | | R&I | RT R&I outside handle | | | | 0.3 | |
| 28 | | R&I | RT Belt molding | | | | 0.3 | |
| 29 | | R&I | RT R&I trim panel | | | | 0.5 | |
| 30 | * | Rpr | LT Outer panel | | | | 3.0 | 2.2 |
| 31 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 32 | | | Add for Clear Coat | | | | | 0.4 |
| 33 | | R&I | LT Belt molding | | | | 0.3 | |
| 34 | | R&I | LT R&I outside handle | | | | 0.3 | |
| 35 | | R&I | LT R&I trim panel | | | | 0.5 | |
| 36 | **QUARTER PANEL** | | | | | | | |
| 37 | * | Blnd | LT Quarter panel | | | | | 2.4 |
| 38 | | R&I | Fuel door | | | | 0.4 | |
| 39 | # | Refn | Left Roof Rail Clear Only | | | | | 0.8 |
| 40 | * | Blnd | Fuel door | | | | | 0.3 |
| 41 | **REAR LAMPS** | | | | | | | |
| 42 | | R&I | LT Lens & housing | | | | 0.3 | |
| 43 | **REAR BUMPER** | | | | | | | |

**Preliminary Estimate**

**Customer:**

2010 TOYO Camry SE Automatic 4D SED 4-2.5L Gasoline EFI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44 | | R&I | R&I bumper cover | | | 1.0 | |
| 45 | **VEHICLE DIAGNOSTICS** | | | | | | |
| 46 | # | | Pre-repair scan | 1 | X | 0.5 M | |
| 47 | # | | Post-repair scan | 1 | X | 0.5 M | |
| 48 | # | | Cover Car for Overspray | 1 | X | 0.3 | |
| 49 | # | Repl | Corrosion Protection / Primer | 1 | 15.00 T | 0.3 | |
| 50 | # | Rpr | D&R Battery | | | 0.5 | |
| 51 | # | | Mask for Primer | 1 | 12.00 X | 0.3 | |
| 52 | # | Refn | Color Tint | | | | 0.5 |
| 53 | | | OTHER CHARGES | | | | |
| 54 | # | | E.P.C. | 1 | 20.00 | | |
| | | | **SUBTOTALS** | | **59.00** | **23.7** | **15.5** |

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 0.00 |
| Body Labor | 22.7 hrs | @ | $ 85.00 /hr | 1,929.50 |
| Paint Labor | 15.5 hrs | @ | $ 85.00 /hr | 1,317.50 |
| Mechanical Labor | 1.0 hrs | @ | $ 188.00 /hr | 188.00 |
| Paint Supplies | 15.5 hrs | @ | $ 59.00 /hr | 914.50 |
| Miscellaneous | | | | 39.00 |
| Other Charges | | | | 20.00 |
| Subtotal | | | | 4,408.50 |
| Sales Tax | $ 929.50 | @ | 10.2500 % | 95.27 |
| **Grand Total** | | | | **4,503.77** |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | **0.00** |
| **INSURANCE PAY** | | | | **4,503.77** |

2010 TOYO Camry SE Automatic 4D SED 4-2.5L Gasoline EFI

**Preliminary Estimate**

**Customer:**

=======================================================================================================

Caliber Collision is the industry leader in quality collision repair. Since day one, our highest purpose has been to get people just like you back on the road as quickly as possible and fully restored to the rhythm of your life. You can be sure we do everything possible to ensure your complete satisfaction including:

Personalized, high quality service from the largest collision repair company in the U.S.
Consistently ranked among the highest customer satisfaction scores in the industry.
Approved by every major insurance company in the U.S.
Expedited car rental and towing services to get you back on the road again in no time.
Repair work backed by a written, lifetime warranty honored at every location.
24/7/365 customer service to answer questions and put your mind at ease.

This is a preliminary estimate based on visible damage. There may be additional repairs needed once the vehicle is taken apart by our I-CAR Gold Class technicians to identify any additional damage.

If an insurance company has written an estimate for you, please provide us with a copy. Properly endorsed insurance company checks are welcome as payment for the repair of your vehicle. Caliber Collision gladly accepts all major credit cards, debit cards, cashier's and traveler's checks. See your Caliber Collision center for details on acceptance of personal checks.

Before leaving your vehicle with us, please remove all important personal and valuable items from your vehicle. Caliber Collision is not responsible for belongings left in your vehicle.

Please let us know how we can be of further assistance, and when we can schedule an appointment for your vehicle to be repaired.

Caliber Collision - Restoring The Rhythm Of Your Life
=======================================================================================================

FOR YOUR PROTECTION CALIFORNIA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM. ANY PERSON WHO KNOWINGLY PRESENTS FALSE OR FRAUDULENT INFORMATION TO OBTAIN OR AMEND INSURANCE COVERAGE OR TO MAKE A CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:

MOTOR ABBREVIATIONS/SYMBOLS: D=DISCONTINUED PART, A=APPROXIMATE PRICE. LABOR TYPES: B=BODY LABOR, D=DIAGNOSTIC, E=ELECTRICAL, F=FRAME, G=GLASS, M=MECHANICAL, P=PAINT LABOR, S=STRUCTURAL, T=TAXED MISCELLANEOUS, X=NON TAXED MISCELLANEOUS. CCC ONE: ADJ=ADJACENT, ALGN=ALIGN, A/M=AFTERMARKET, BLND=BLEND, CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION, D&R=DISCONNECT AND RECONNECT, EST=ESTIMATE, EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY, INCL=INCLUDED, MISC=MISCELLANEOUS, NAGS=NATIONAL AUTO GLASS SPECIFICATIONS, NON-ADJ=NON ADJACENT, O/H=OVERHAUL,

## Preliminary Estimate

**Customer:**

2010 TOYO Camry SE Automatic 4D SED 4-2.5L Gasoline EFI

OP=OPERATION, NO=LINE NUMBER, QTY=QUANTITY, RECOND=RECONDITION, REFN=REFINISH, REPL=REPLACE, R&I=REMOVE AND INSTALL, R&R=REMOVE AND REPLACE, RPR=REPAIR, RT=RIGHT, SECT=SECTION, SUBL=SUBLET, LT=LEFT, W/O=WITHOUT, W/_=WITH/_
SYMBOLS: #=MANUAL LINE ENTRY, *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED], **=DATABASE LINE WITH AFTERMARKET, N=NOTES ATTACHED TO LINE. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

""CURE TIME"" MEANS THE LENGTH OF TIME THAT, PER THE ADHESIVE MANUFACTURER, THE WINDSHIELD ADHESIVE NEEDS TO CURE UNTIL THE WINDSHIELD CAN PROPERLY FUNCTION AS A SAFETY DEVICE PURSUANT TO THE FEDERAL MOTOR VEHICLE SAFETY STANDARDS AND THE VEHICLE MANUFACTURER'S SPECIFICATIONS.

**Preliminary Estimate**

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide AEM8522, CCC Data Date 08/01/2024, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

Some 2024 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category.
X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category.
M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Bind=Blend. BOR=Boron steel.
CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel.
HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace.
R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel.
Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:

BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.



```
The Home Depot
How doers get more done.

17W734 22ND STREET
OAKBROOK TERRACE, IL 60181 (630)261-1240

1982  00004  22428              04/20/22 07:24 PM
SALE CASHIER DEBORAH

840080547091 BLINKFLGHT    <A.S>       89.99
BLINK FLOODLIGHT CAMERA
840080584669 BLINKVDB      <A>         49.99
BLINK VIDEO DOORBELL
                    SUBTOTAL          139.98
                    SALES TAX          11.20
                    TOTAL            $151.18
                    VISA USD$         151.18 TA
AUTH CODE 910242/7043357       VISA CREDIT
Chip Read
AID A0000000031010

1982 04 22428 04/20/2022 6831
[barcode]
1982 04/20/22 07:24 PM

     RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
  A         90      07/19/2022

*************************************

       DID WE NAIL IT?

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

         www.homedepot.com/survey
           Opine en español

User ID: H89 47127 45149
PASSWORD: 22220 45145

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
```

